OTTO C. SCHRADER, Appellant, *v.* RICHARD H. FRAENCKEL, Respondent.

*Schrader* v. *Fraenckel,* 117 App. Div. 97, affirmed.
(Submitted March 4, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1907, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover on an alleged contract for services.

*L. E. Warren* and *A. E. Merrill* for appellant.

*James Allison Kelly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.